IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-25-1H

UNITED STATES OF AMERICA,           )
                                    )
                                    )
                                    )
                                    )
     v.                             )
                                    )        **ORDER**
                                    )
TAMER RABEH,                        )
                                    )
     Defendant.                     )


The court is in receipt of a filing from defendant, pro se, which appears to be a letter from defendant. However, the document appears to be written in a foreign language. Local Criminal Rule 47.3(k) requires that, absent an order of the court based upon a showing of good cause, all filings must be in the English language unless a translation is furnished.

Therefore, the clerk is directed to place a copy of the letter on the docket under seal. Additionally, the clerk is directed to serve a copy of the letter upon counsels of record in this matter. Defense counsel shall provide a translation of the document or file a notice withdrawing the document as improperly filed. No further action will be taken on this filing by the court until a

translation is filed in compliance with Rule 47.3 or other action, described above, is taken by defense counsel.

This 23rd day of July 2018.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26