| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | STIPULATED JUDICIAL ORDER |
| v. ) | OF REMOVAL |
| ) | |
| TAMER AHMED QAID SAID RABEH ) | |

Upon the Application of the United States; upon the Factual Allegations in Support of Judicial Order of Removal; upon the statement and consent of TAMER AHMED QAID SAID RABEH ("defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Egypt and a citizen of Egypt.

3. The defendant was admitted to the United States as a non-immigrant under a B1/B2 visa, at New York, New York, on or about April 1, 2016.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of North Carolina, of the sole count of the Indictment, charging unlawful and illegal alien in

1

possession of a firearm, in violation of Title 18 United States Code, Section 922(g)(5)(A).

5. The maximum term of imprisonment for a violation of Title 18, United States Code, Section 922(g)(5)(A) is 10 years. Given that the defendant pleaded guilty pursuant to a plea agreement to the sole count of the Indictment on August 7, 2018 the maximum sentence faced by the defendant for having violated the sole count of the Indictment is 10 years' imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to 8 U.S.C. § 1227(a)(1)(B) as an alien who is present in the United States in violation of this chapter or any other law of the United States, or whose nonimmigrant visa (or other documentation authorizing admission into the United States as a nonimmigrant) has been revoked under section 1201(i) of this title; and 8 U.S.C. § 1227(a)(2)(C) as an alien who at any time after admission is convicted under any law of purchasing, selling, offering for sale, exchanging, using, owning, possessing, or carrying, or of attempting or conspiring to purchase, sell, offer for sale, exchange, use, own, possess, or carry, any weapon, part, or accessory which is a firearm or destructive device (as defined in section 921(a) of Title 18) in violation of any law; and 8 U.S.C. § 1227(a)(2)(A)(iii) as an alien who is convicted of an aggravated felony at any time after admission as defined in 8

U.S.C. § 1101(a)(43)(E)(ii), to wit: 18 U.S.C. § 922(g)(5)(a) (relating to firearms offenses).

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered promptly removed from the United States to Egypt.

IT IS SO ORDERED this 7th day of Nov, 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge